**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Zakariya Abdikarim,

Petitioner,

v.

Paul Schnell, *MN DOC Commissioner*; Rish, *Moose Lake MN Warden DOC Prison*; Troy Faucault, *Moose Lake MN Case Worker DOC Prison*; and State of Minnesota,

Respondents.

Civ. No. 26-2052 (JWB/ECW)

**ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE**

---

United States Magistrate Judge Elizabeth Cowan Wright issued a Report and Recommendation ("R&R") on May 8, 2026. (Doc. No. 3.) No objections have been filed to that R&R in the time permitted. Absent timely objections, the R&R is reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996). Having reviewed the R&R, no clear error is found.

**ORDER**

Based on the R&R of the Magistrate Judge, and on all the files, records, and proceedings in this case, **IT IS HEREBY ORDERED** that:

1. The May 8, 2026 Report and Recommendation (Doc. No. 3) is **ACCEPTED**.

2. Petitioner Zakariya Abdikarim's Petition for a Writ of Habeas Corpus (Doc. No. 1) is **DENIED WITHOUT PREJUDICE** under 28 U.S.C. § 2254(b) and Rule 4 of the Rules Governing § 2254 Cases in the United States District Courts.

3. This case is **DISMISSED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: October 20, 2026

*s/ Jerry W. Blackwell*
JERRY W. BLACKWELL
United States District Judge